IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL DUGAN et al., | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATTHEW O'HARA et al., | : | No. 14-5252 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 28th day of August, 2015, upon consideration of Defendant Healthcare Services Group, Inc.'s and Raymond Course's Renewed Motion to Enforce Settlement (Docket No. 33), Plaintiffs' Response in Opposition (Docket No. 38), and Defendant Healthcare Services Group, Inc.'s and Raymond Crouse's Reply in Support of the Motion (Docket No. 39), and Defendant Matthew O'Hara's Motion to Join the Renewed Motion to Enforce Settlement (Docket No. 42), and the parties' other submissions to the Court, following a chambers conference on March 30, 2015, for the reasons set forth in the Court's Memorandum of even date, **the Court hereby ORDERS** that:

1. Defendant Matthew O'Hara's Motion to Join the Renewed Motion to Enforce Settlement (Docket No. 42) is **GRANTED**;

2. Defendant Healthcare Services Group, Inc.'s and Raymond Course's Renewed Motion to Enforce Settlement (Docket No. 33) is **GRANTED**;

3. The captioned case is **DISMISSED**; and

4. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge